## MOTION DOCKET

**96–2342. State ex rel. Shotts v. Austin Powder Co.**

Franklin App. No. 95APD12–1643. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On March 3, 1997, appellants filed a reply brief that was due February 10, 1997. Rule XIV, Section 1(C) of the Rules of Practice of the Supreme Court prohibits the filing of a brief that is not timely tendered for filing. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the reply brief be, and hereby is, stricken.

**96–2485. State ex rel. Crum v. Indus. Comm.**

Franklin App. No. 95APD11–1516. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the agreed motion for remand filed by the parties,

IT IS ORDERED by the court that the motion be, and is, hereby, granted, and this cause is remanded to the Court of Appeals for Franklin County.

IT IS FURTHER ORDERED by the court that the parties shall pay their respective costs herein expended; and that a mandate be sent to the court of appeals to carry this judgment into execution; and that a copy of this entry be certified to the court of appeals for entry.

**97–298. Estate of Haller v. Haller.**

Franklin App. No. 96APF04–457.

This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion to disqualify the Supreme Court from hearing any matter before said court involving appellant,

IT IS ORDERED by the court that the motion to disqualify the Supreme Court be, and hereby is, denied.

RESNICK, Acting C.J., F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

MOYER, C.J., DOUGLAS and LUNDBERG STRATTON, JJ., not participating.

## MISCELLANEOUS DISMISSALS

**95–1722. State ex rel. Apanovich v. Tubbs Jones.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On October 10, 1995, relator filed an application for dismissal of this cause. Upon consideration thereof,

IT IS ORDERED by the court, *nunc pro tunc*, that relator's application for dismissal be, and hereby is, granted, effective October 10, 1995.

**96–2825. DLZ Corp. v. Jones.**

Franklin App. No. 96APE05–575. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**96–2698. Tosi v. Jones.**

Franklin App. No. 96APE04–500. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal.

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.